UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SCOTT ANDREW WITZKE,

            Petitioner,

                                                    CASE NO. 07-CV-15315
v.                                                  HONORABLE GEORGE CARAM STEEH

THOMAS K. BELL,

            Respondent.
_____/

**JUDGMENT**

The above-entitled matter having come before the Court on a Petition for Writ of Habeas

Corpus, Honorable George Caram Steeh, United States District Judge, presiding, and in

accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DISMISSED WITHOUT PREJUDICE.**

SO ORDERED.



                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                                        BY: s/Josephine Chaffee
                                            DEPUTY COURT CLERK


DATED:  December 20, 2007